# UNITED STATES BANKRUPTCY COURT

EASTERN _____ DISTRICT OF _____ MISSOURI

**In re**

Lisa Miller

Bankruptcy Case No.

**Debtor(s)**

10-52931-705

**Chapter**

American General Financial Services

**Plaintiff(s)**

7

Adversary Proceeding No.

Lisa Miller

**Defendant(s)**

11-4038-705

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## ALIAS SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
>    United States Bankruptcy Court
>    Thomas F. Eagleton Courthouse, 111 S. Tenth Street, Floor 4
>    St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>    Gerald A. Nieters
>    113 Triad Center W
>    O'Fallon, MO 63366

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 7-South |
| Thomas F. Eagleton Courthouse | Date and Time |
| 111 S. Tenth Street | June 22, 2011 |
| St. Louis, MO 63102 | 11:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

_____
*Clerk of the Bankruptcy Court*

March 23, 2011

By: _____    /s/ Matthew T. Clear

# CERTIFICATE OF SERVICE

I, _____ , certify that I am, and at all times during the
<span>(name)</span>
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was made

_____ by:
<span>(date)</span>

☐   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐   Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:


☐   Residence Service: By leaving the process with the following adult at:


☐   Publication: The defendant was served as follows: [Describe briefly]


☐   State Law: The defendant was served pursuant to the laws of the State of _____ ,
     as follows: [Describe briefly]                                                   (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____          _____
               *Date*                                            *Signature*

| Print Name | | |
|------------|--|--|
| Business Address | | |
| City | State | Zip |