IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: LISA MILLER,<br><br>      Debtor.<br><br>SPRINGLEAF FINANCIAL SERVICES, INC. f/k/a AMERICAN GENERAL FINANCIAL SERVICES, INC.<br><br>      Plaintiff,<br>vs.<br><br>LISA MILLER,<br><br>      Defendant. | Bankruptcy #10-52931<br>Adversary #11-04038<br><br>DISMISSAL<br><br>Gerard A. Nieters<br>Attorney at Law<br>Springleaf Financial Services, Inc.<br>113 Triad West<br>O'Fallon, MO 63366<br>(636) 978-2805<br>Fax: (636)978-2821<br>gerard.nieters@slfs.com |

## DISMISSAL MEMORANDUM

COMES NOW Plaintiff, by its attorney, and dismisses its Adversary Complaint, with prejudice, at Plaintiff's cost.

                                                          /s/Gerard A Nieters_____
                                                          Gerard A. Nieters
                                                          Attorney for Plaintiff
                                                          113 Triad West
                                                          O'Fallon, MO 63366
                                                          (636) 978-2805
                                                          fax (636) 978-2821
                                                          gerard.nieters@slfs.com

SO ORDERED:

_____       Dated:_____

Judge

## **PROOF OF SERVICE**

The undersigned hereby attests that he mailed a copy of the foregoing to the following parties at their respective addresses if they were not notified electronically, the same day said motion was filed with the court.

                                                          /s/Gerard A. Nieters_____

Jason Fauss
Attorney for Defendant